AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

GLENN RAGLON,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

CASE NUMBER:  10-2479-EFM

UNITED PARCEL SERVICE INC.,

Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to the Memorandum and Order (Doc. 17) filed on June 9, 2011, Defendant's Motion to enforce Settlement and Release Agreement (Doc. 9) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Telephone Hearing (Doc. 13) is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 3) is DENIED AS MOOT.

IT IS SO ORDERED.

6/9/2011

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*